FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO AC
2026 MAR 12 AM 10: 06
CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**NOE FORTINO REYES-REYES,**

Defendant.

CRIMINAL NO. 26-1031 GBW

Count 1: 8 U.S.C. §1325(a)(1): Illegal Entry Without Inspection

Count 2: 50 U.S.C. § 797 (Class A Misdemeanor): Penalty for Violation of Security Regulations

Count 3: 18 U.S.C. § 1382: Entering Military Property.

INFORMATION

The United States Attorney charges:

Count 1

On or about March 3, 2026, in Hidalgo County, in the District of New Mexico, the defendant, **NOE FORTINO REYES-REYES**, who was then and there an alien, did knowingly and unlawfully enter the United States from the Republic of Mexico, at a place not designated as a lawful Port of Entry by immigration officials of the United States for the entrance of immigrants into the United States.

In violation of 8 U.S.C. § 1325(a)(1).

Count 2

On or about March 3, 2026 in Hidalgo County, in the District of New Mexico, the defendant, **NOE FORTINO REYES-REYES**, by knowingly and unlawfully entering the United States from the Republic of Mexico, willfully violated the order issued on April 18, 2025, by the U.S. Army Garrison Fort Huachuca military commander designating the New Mexico National

Defense Areas, also known as the Roosevelt Reservation, as both a restricted area and a controlled area under Army Regulation 190-13, prohibiting the unauthorized entry into the New Mexico National Defense Areas, a defense property security regulation.

In violation of 50 U.S.C. § 797.

Count 3

On or about March 3, 2026, in Hidalgo County, in the District of New Mexico, the defendant, **NOE FORTINO REYES-REYES**, entered any military reservation, post, fort, arsenal, station, and installation, specifically, the New Mexico National Defense Areas, also known as the Roosevelt Reservation, which had been designated both a restricted area and a controlled area pursuant to U.S. Army Regulation 190-13 by the U.S. Army Garrison Fort Huachuca military commander, for any purpose prohibited by law or lawful regulation, specifically, 8 U.S.C. § 1325(a)(1), illegal entry without inspection.

In violation of 18 U.S.C. 1382.

TODD BLANCHE
Deputy Attorney General
RYAN ELLISON
First Assistant United States Attorney

BENJAMIN TURNER SUSLAVICH
Assistant United States Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304